UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

BARRY RUSSELL TIMMONS,

Plaintiff,

-vs-  Case No. 5:09-cv-161-OC-18GRJ

MICHAEL J. ASTRUE, Commissioner of Social Security,

Defendant.

## ORDER

The case was referred to the United States Magistrate Judge for report and recommendation. The Court having reviewed the report and recommendation of the magistrate judge, and there being no objections to the report filed by the parties, it is hereby

**ORDERED** that the report and recommendation of the magistrate judge is hereby **ADOPTED** and made a part of this Order. The decision of the Commissioner is **AFFIRMED** under sentence four of 42 U.S.C. § 405(g). The Clerk of the Court is directed to enter judgment in favor of the Defendant consistent with this Order and to **CLOSE** the case.

It is **SO ORDERED** in Orlando, Florida, this 22 day of September, 2010.

G. KENDALL SHARP
Senior United States District Judge

Copies to:

Counsel of Record
United States Magistrate Judge